**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eugenia G. Wilkins-Hayes<br>aka Eugenia Hayes<br><br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-16527 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Carrington Mortgage Services as servicer for BANK OF AMERICA, N.A. and index same on the master mailing list.

>Respectfully submitted,
>**/s/ Rebecca A. Solarz, Esq**
>Rebecca A Solarz, Esquire
>KML Law Group, P.C.
>701 Market Street, Suite 5000
>Philadelphia, PA 19106-1532
>(215) 627-1322