## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Eugenia Wilkins-Hayes | : | Chapter 13 |
| | : | |
| Debtor | : | 18-16527-elf |

### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) and (a)(9)

I, Eugenia Wilkins-Hayes, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for December 18, 2018 in the above referenced case:

1. The above-named debtor is current with all post-petition obligations.

2. The above-named debtor is current with Domestic Support Obligation payments.

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the Standing Trustee prior to any subsequent Confirmation hearing date.

Dated: November 26, 2018        By: _____
                                    Eugenia Wilkins Hayes, Debtor