# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-16527-ELF

EUGENIA G WILKINS-HAYES

4108 TYSON AVENUE

PHILADELPHIA, PA 19135

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    EUGENIA G WILKINS-HAYES

    4108 TYSON AVENUE

    PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
    SCOTT F WATERMAN
    110 W FRONT ST

    MEDIA, PA 19063

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 12/13/2018

                                      _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee