IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
   Eugenia Wilkins-Hayes           : Chapter 13
                                          :
        Debtor.                     : Bankruptcy No. 18-16527-elf
                                          :

## CERTIFICATION OF COUNSEL REGARDING ASSIGNMENT OF FEES

I, Patricia M. Mayer, Esquire, do hereby certify that the attorney's fees and costs requested in the Application for Compensation filed by Scott Waterman, Esquire on November 29, 2018 in the above-referenced case have been assigned to my office pursuant to an agreement entered into between Mr. Waterman's office and my office when the case was transferred. An email from Mr. Waterman identifying said agreement is attached hereto as Exhibit "A".

                                                    Respectfully submitted,

                                                    PATRICIA M. MAYER, P.C.

Dated: August 13, 2019                           /s/ Patricia M. Mayer_____
                                                                  Patricia M. Mayer
                                                                  Attorney for Debtor

**Nydia Ramirez**

| | |
|---|---|
| **From:** | Scott F. Waterman <scottfwaterman@gmail.com> |
| **Sent:** | Tuesday, May 21, 2019 7:39 PM |
| **To:** | 'Trish Mayer' |
| **Subject:** | RE: Assignment of Fees |

Trish –

This email confirms that in consideration of accepting all of my active bankruptcy files, I have assigned all claims I may have for any outstanding legal fees owed to me in any current Chapter 13 case, including but not limited to the fees owed to me in the Maria Robb Chapter 13 bankruptcy case.

Scott

*Scott F. Waterman, Esquire*

1