IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Eugenia Wilkins-Hayes : Chapter 13

        Debtor : No. 18-16527-elf

## ORDER

AND NOW, this __14th__ day of __August__, 2019, upon Application of Debtor's counsel for Approval of Counsel Fees, it is ORDERED that compensation of $3,000.00, and costs in the amount of $400.00 are ALLOWED in favor of Patricia M. Mayer, P.C.  The Trustee may distribute $1,000.00 on account of the allowed compensation and expenses to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**