United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eugenia G Wilkins-Hayes  
      Debtor

Case No. 18-16527-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Aug 15, 2019  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.  
db        +Eugenia G Wilkins-Hayes,    4108 Tyson Avenue,    Philadelphia, PA 19135-1616  
cr        +BANK OF AMERICA, N.A.,    c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        PATRICIA M. MAYER    on behalf of Debtor Eugenia G Wilkins-Hayes patriciamayerpc@gmail.com,    nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Eugenia Wilkins-Hayes            :   Chapter 13

        Debtor                         :   No. 18-16527-elf

## ORDER

AND NOW, this \_\_14th\_\_ day of \_\_August\_\_, 2019, upon Application of Debtor's counsel for Approval of Counsel Fees, it is ORDERED that compensation of $3,000.00, and costs in the amount of $400.00 are ALLOWED in favor of Patricia M. Mayer, P.C.  The Trustee may distribute $1,000.00 on account of the allowed compensation and expenses to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**