IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
   Eugenia Wilkins-Hayes            : Chapter 13
                                                    :
       Debtor.                   : Bankruptcy No. 18-16527-elf
                                                    :

## ENTRY/WITHDRAWL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the Debtor in the above-referenced matter.


Dated:  December 2, 2019            /s/ Patricia M. Mayer_____
                                                        Patricia M. Mayer, Esquire
                                                        PATRICIA M. MAYER, P.C.
                                                        301 Oxford Valley Rd., Ste. 203B
                                                        Yardley, PA  19067
                                                        (215) 493-4300


Kindly enter my appearance on behalf of the Debtor in the above-referenced matter.


Dated:  December 2, 2019            /s/ Michael P. Kelly_____
                                                         Michael P. Kelly, Esquire
                                                         Cowan & Kelly
                                                         402 Middletown Blvd., Ste. 202
                                                         Langhorne, PA  19047
                                                         (215) 741-1100