**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Eugenia G. Wilkins-Hayes aka Eugenia Hayes<br>                                          Debtor | Chapter 13 |
| BANK OF AMERICA, N.A.<br>                              v.<br>Eugenia G. Wilkins-Hayes aka Eugenia Hayes<br>                              and<br>William C. Miller Esq.<br>                              Trustee | NO. 18-16527 ELF |

## ORDER

AND NOW, this   25th   day of   March  , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 24, 2019  it is **ORDERED**  that:

The automatic stay  under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4108 Tyson Avenue Philadelphia, PA 19135.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**