United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eugenia G Wilkins-Hayes  
     Debtor

Case No. 18-16527-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Mar 25, 2020  
                    Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db          +Eugenia G Wilkins-Hayes,    4108 Tyson Avenue,    Philadelphia, PA 19135-1616
aty         +MICHAEL P. KELLY,    Cowan & Kelly,    402 Middletown Blvd.,    Suite 202,
              Langhorne, PA 19047-1818
cr          +BANK OF AMERICA, N.A.,    c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,
              Philadelphia, PA 19106-2312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                        TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eugenia G. Wilkins-Hayes aka Eugenia Hayes <br>                          Debtor | Chapter 13 |
| BANK OF AMERICA, N.A. <br>                 v. <br> Eugenia G. Wilkins-Hayes aka Eugenia Hayes <br>                and <br> William C. Miller Esq. <br>                      Trustee | NO. 18-16527 ELF |

**ORDER**

AND NOW, this 25th day of March, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 24, 2019 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4108 Tyson Avenue Philadelphia, PA 19135.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**