# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-16527-ELF

EUGENIA G WILKINS-HAYES

4108 TYSON AVENUE

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EUGENIA G WILKINS-HAYES

4108 TYSON AVENUE

PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

MICHAEL P. KELLY
402 MIDDLETOWN RD., SUITE 202
202 PENN SQUARE
LANGHORNE, PA 19047-

Date: 6/18/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee