United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eugenia G Wilkins-Hayes  
    Debtor

Case No. 18-16527-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 13, 2021     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugenia G Wilkins-Hayes, 4108 Tyson Avenue, Philadelphia, PA 19135-1616 |
| aty | + | MICHAEL P. KELLY, Cowan & Kelly, 402 Middletown Blvd., Suite 202, Langhorne, PA 19047-1818 |
| cr | + | BANK OF AMERICA, N.A., c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14209565 | + | BANK OF AMERICA, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14206360 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14206364 | | City of Philadelphia, Water Revenue Bureau, P.O. Box 41495, Philadelphia, PA 19101-1496 |
| 14206363 | + | City of Philadelphia, Revenue Collection Bureau, Inc., 5900 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 14206366 | + | Four Seasons Investments, LLC., c/o Kenneth S. Shapiro, Esq., P.O. Box 213, Wynnewood, PA 19096-0213 |
| 14206369 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14206370 | | Phelan, Hallinan Diamond & Jones , LLP, Bankruptcy Department, 1617 JFK Boulevard, One Penn Center, Ste 1400, Philadelphia, PA 19103-1814 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2021 03:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14206362 | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, Major Tax Unit/ Bankruptcy Dept., 1401 John F. Kennedy Blvd, Room 580, Philadelphia, PA 19102 |
| 14294170 | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14206361 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2021 03:11:00 | Carrington Mortgage Service, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14243803 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2021 03:11:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14206365 | + | Email/Text: bknotice@ercbpo.com | Jan 14 2021 03:12:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

Case 18-16527-elf    Doc 68    Filed 01/15/21    Entered 01/16/21 00:54:03    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14216596 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 03:21:21 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14206367 | + | Email/Text: bankruptcy@sccompanies.com | Jan 14 2021 03:11:00 | Massey's, P.O. Box 2822, Monroe, WI 53566-8022 |
| 14206368 | + | Email/Text: bankruptcy@sccompanies.com | Jan 14 2021 03:13:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14236980 | + | Email/Text: bankruptcy@sccompanies.com | Jan 14 2021 03:13:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14230824 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 14 2021 03:12:00 | Peco Energy, 2301 Market Street, Bankruptcy Department, Philadelphia, PA 19103-1338 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14294861 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14206371 | ##+ | Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 4

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>EUGENIA G WILKINS-HAYES | Chapter 13 |
| Debtor | Bankruptcy No. 18-16527-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 13, 2021**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL P. KELLY
402 MIDDLETOWN RD., SUITE 202
202 PENN SQUARE
LANGHORNE, PA 19047-

Debtor:
EUGENIA G WILKINS-HAYES

4108 TYSON AVENUE

PHILADELPHIA, PA 19135